DANIEL G. BOGDEN
United States Attorney
ROGER W. WENTHE
Assistant U.S. Attorney
333 Las Vegas Boulevard South
Lloyd George Federal Building
Las Vegas, Nevada 89101
Telephone:   (702) 388-6336
Facsimile:   (702) 388-6296
E-mail:  roger.wenthe@usdoj.gov

Attorneys for Defendant Kathleen Sebelius
Secretary, United States Department of
Health and Human Services

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE POWELL LITIGATION GROUP, P.C., | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF REMOVAL** |
| CARMEN SANTANA, *et al.*, | ) |
| Defendants. | ) |

NOW COMES the United States of America, acting by and through Kathleen

Sebelius, Secretary of the United States Department of Health and Human Services ("the

Secretary"), her delegate agency, the Centers for Medicare and Medicaid Services ("CMS"),

and by and through her attorneys, Daniel G. Bogden, United States Attorney, and Roger W.

Wenthe, Assistant U.S. Attorney, for the District of Nevada, respectfully states as follows.

1.      This Notice of Removal is filed pursuant to 28 U.S.C.§§ 1444 for the removal of Case

No. A-12-657868-C, Dept. No. XXX captioned *The Powell Litigation Group, P.C. v.*

*Carmen Santana, et al.,* now pending in the District Court, Clark County, Nevada.

2.      A copy of the Summons and the  COMPLAINT IN INTERPLEADER served on the

Secretary are attached hereto and marked as Exhibit A.

3.      The  Medicare program is a federally subsidized system of health insurance benefits

for the aged, the disabled, and persons suffering from End-Stage Renal Disease (ESRD).

See Title XVIII of the Social Security Act, 42 U.S.C. §§ 1395 et seq. (the "Medicare Act").

The Secretary has been given broad authority to issue such regulations as may be necessary to carry out the administration of the health insurance program.  42 U.S.C. §§ 1395hh(a), 1395kk.

4.     In the COMPLAINT IN INTERPLEADER, Plaintiffs allege that the Secretary and the other defendants may have claims against personal-injury settlement proceeds of $450,000.00.[1]  Because Medicare paid the accident-related medical expenses of Medicare beneficiary defendant Carmen Santana, the Secretary asserts that  $197,580.31 (plus interest) of the interpled fund is owed to the United States of America as reimbursement for the conditional medical payment made pursuant to the Medicare Secondary Payer ("MSP") statute.  See 42 U.S.C. § 1395y(b).

5.     A copy of the Medicare Secondary Payer Recovery Contractor's ("MSPRC") reimbursement summary is attached hereto and marked as Exhibit "B" showing that $197,580.31 (plus interest) is due and owing to Medicare for the conditional medical payments made on behalf of Medicare beneficiary Carmen Santana for accident-related medical expenses.

6.     The Secretary received a copy of the Plaintiff's Summons and Complaint in Interpleader on March 15, 2012.

7.     This notice is timely filed in accordance with the provisions of 28 U.S.C. § 1444. Plaintiff failed to serve the Summons and Complaint on all of the entities listed in 28 U.S.C. § 2410, and as a result, the 30-day period for filing a notice of removal in 28 U.S.C. § 1446(b) has not yet begun to run.  *Quality Loan Service Corp. v. 24702 Pallas Way,* 635 F.3d 1128 (9th Cir. 2011).

8.     A copy of this notice will be served promptly on Plaintiff  and filed with the Clerk of the District Court, for Clark County, Nevada.

///

///

---

[1] See pages 13-14 of the Complaint in Interpleader.

1    WHEREFORE, the United States gives notice that the within action is removed to the

2  United States District Court for the District of Nevada.

3

4  Dated: July 24, 2012                    Respectfully Submitted,
                                          DANIEL G. BOGDEN
                                          United States Attorney
5

6                                           /s/  Roger W. Wenthe
                                          ROGER W. WENTHE
7                                         Assistant United States  Attorney

8

9                                         Attorneys for Defendant
                                          Kathleen Sebelius, Secretary
                                          United States Department of
10                                        Health and Human Services

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# EXHIBIT A

Electronically Filed
04/11/2012 09:23:56 AM

**CLERK OF THE COURT**

1 **SUMM**

2 Paul D. Powell, Esq.
Nevada Bar No. 7488

3 THE POWELL LITIGATION GROUP
9960 West Cheyenne, Suite 170

4 Las Vegas, Nevada 89129
Telephone: (702) 483-6180

5 Facsimile: (702) 998-1897
ppowell@powelllit.com

6 Attorneys for Plaintiff

7                                  DISTRICT COURT

8                          CLARK COUNTY, NEVADA

9

10 THE POWELL LITIGATION GROUP, P.C., a Nevada
professional corporation,                              CASE NO. A-12-657868-C

11                                                      DEPT. NO. XXX

            Plaintiff,
12
       vs.
                                                        **SUMMONS**
13 CARMEN SANTANA, an individual; CARE REHAB &
ORTHOPAEDIC PRODUCTS, INC., a foreign

14 corporation; THE CENTER FOR SURGICAL
INTERVENTION, LLC, a Nevada limit liablity

15 corporation; DESERT ORTHOPAEDIC CENTER,
LTD., a Nevada professional corporation; DESERT

16 RADIOLOGISTS, INC., a Nevada corporation; DAVID
J. OLIVERI, M.D., PROFESSIONAL CORPORATION,

17 a Nevada professional corporation; WITOLD
IGLIKOWSKI, M.D., PROF. CORP., a Nevada

18 professional corporation; EMERGENCY PHYSICIANS
MEDICAL GROUP, INC., a foreign corporation; KEY

19 HEALTH MEDICAL SOLUTIONS OF NEVADA, a
Nevada corporation as successor and interest to Parkway

20 Imaging and Matt Smith Physicical Therapy; LAS
VEGAS PHARMACY, INC., a Nevada corporation;

21 BRIAN A. LEMPER, D.O., LTD., d/b/a LEMPER PAIN
CENTERS and SUMMERLIN OUTPATIENT

22 PHARMACY, a Nevada professional corporation; LAS
VEGAS NEUROSURGERY ORTHOPAEDICS AND

23 REHABILITATION, LLP, a Nevada limited liability
partnership; CHW NEVADA IMAGING COMPANY,

24 LLC, d/b/a NEVADA IMAGING CENTERS, a Nevada
limited liability corporation; THOMAS R. BARSON,

25 M.D., an individual; STEVE WONG, M.D. an
individual, d/b/a PBS ANESTHESIA, a Nevada

26 corporation; CENTENNIAL MEDICAL GROUP, LLP,
a Nevada limited liability partnership; VILLAGE EAST

27 DRUG, a Nevada corporation; ALLIED COLLECTION
SERVICES, INC., a Nevada corporation, as successor in

28

interest to J. PAUL WIESNER & ASSOCIATES
CHARTERED, a Nevada professional corporation, d/b/a
RADIOLOGY ASSOCIATES OF NEVADA;
CATHOLIC HEATHCARE WEST a California
corporation d/b/a ST. ROSE HOSPITAL DOMINICAN
HOSPITAL, a Nevada corporation; RUSSELL J. SHAH,
M.D., LTD., a Nevada professional corporation;
HEALTHSOUTH CORPORATION, a Delaware
corporation, d/b/a HEALTHSOUTH OF TENAYA;
HEALTHSOUTH OF HENDERSON, INC., a Delaware
corporation, d/b/a HEALTHSOUTH
REHABILITATION HOSPITAL OF HENDERSON;
CREDIT BUREAU CENTRAL, a Nevada Corporation
as successor in interest to QUEST DIAGNOSTICS,
INC., a Nevada corporation and APC HEALTHCARE
GROUP;  MED-CARE SOLUTIONS, LLC., a Nevada
corporation, as successor in interest to CHEYENNE
MEDICAL IMAGING and VALLEY HOSPITAL;
LEGACY SURGICAL SERVICES d/b/a SURGERY
CENTER AT TENAYA, a Nevada Corporation;
NEVADA IMAGING CENTERS-OPEN MRI, LLC, a
Delaware limited-liability company, d/b/a LAKE MEAD
RADIOLOGY; SPRING VALLEY HOSPITAL, a
Nevada Corporation; ANTHEM HILLS MEDICAL
CENTER, a Nevada Corporation; ORTHOFIX, INC., a
Foreign Corporation; RED ROCK DIAGNOSTICS,
LLC., a Nevada Corporation as successor in interest to
AXIOM IMAGING; STELJES CARDIOLOGY, P.C.; a
Nevada Corporation; ROBERT BIEN, M.D., d/b/a
NEVADA PAIN MANAGEMENT, a Nevada
corporation; SURGICAL ANESTHESIA SERVICES,
LLP., a Nevada Corporation; UNIVERSITY MEDICAL
CENTER A Nevada Corporation; THOMAS ATLAS,
M.D., d/b/a TUSTIN TELERADIOLOGY MEDICAL
GROUP, a California Corporation; MATT SMITH
PHYSICAL THERAPY, A Nevada Corporation; MATT
SMITH PHYSICAL THERAPY as successor and
interest to TOM BROOKS PHYSICAL THERAPY
AND SPORTS MEDICINE; RENEE L. NGO, M.D., an
individual; GARY J. LATOURETTE, M.D., an
individual; KATHLEEN SEBELIUS in her capacity as
Secretary of Health and Human Services, United States
of America on behalf of the Center for Medicare
Services; STATE OF NEVADA, Department of Health
and Human Service d/b/a Medicaid; SUNSET NECK &
BACK CENTER, a Nevada Corporation; ENRICO
FAZZINI, PH.D., D.O., an individual; B.O.N.
CLINICAL LABORATORIES, LTS., a Nevada
Corporation; CALIFORNIA COMPREHENSIVE
INJURY INSTITUTE, a California Corporation; OASIS
WELLNESS CENTER, a California Corporation;

125

1  ALLIED COLLECTION SERVICES, INC., a Nevada
2  corporation, as successor in interest to DESERT
   RADIOLOGISTS; SAV-ON DRUGS a Nevada
3  corporation  DOES I-X, and ROE CORPORATIONS I-
   X, inclusive,
4
                    Defendants.
5
                    _____

6  **NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT**
7  **YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS, READ THE INFORMATION**
   **BELOW.**
8
   **KATHLEEN SEBELIUS in her capacity as Secretary of Health and Human Services, United**
9  **States of America on behalf of the Center for Medicare Services**

10 TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set
   forth in the Complaint.
11 1.      If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of
   the day of service, you must do the following:
12         a.       File with the Clerk of this Court, whose address is shown below, a formal written response to
13                  the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
           b.       Serve a copy of your response upon the attorney whose name and address is shown below.
14 2.      Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court
   may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking
15 of money or property or other relief requested in the Complaint
16 3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your
   response may be filed on time.
17 4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members,
   commission members and legislators, each have 45 days after service of this summons within which to file an
18 answer or other responsive pleading to the complaint.

19 Issued at the direction of:                          CLERK OF THE COURT

20

21

22 Paul D. Powell, Esq.                                 DEPUTY CLERK       ALLISON BEHRHORST
   Nevada Bar No. 7488                                  County Courthouse
23 9960 W. Cheyenne Ave., Suite 170                     200 Lewis Avenue, 3rd Floor, Suite 3125
   Las Vegas, Nevada 89129                              Las Vegas, Nevada 89155
24 Attorneys for Plaintiff

25

26

27

28

                                    126

# AFFIDAVIT OF PROCESS SERVER

## District Court for Clark County, Nevada

**The Powell Litigation Group, P.C., a Nevada professional corporation**

        Plaintiff(s),

VS.

**Carmen Santana, an individual, et al**

        Defendant(s).

Attorney: Paul D. Powell

The Powell Litigation Group
9960 West Cheyenne, #170
Las Vegas NV 89129

**\*55686\***

**Case Number: A−12−657868−C**

Legal documents received by AM PM Legal Solutions on **03/15/2012** at **6:52 PM** to be served upon **Kathleen Sebelius in her capacity as Secretary of Health and Human Services, United States of America on behalf of the Center for Medicare Services, at 200 Independence Ave SW , Washington, DC, 20201**

I, **Alvin J. Darby, Jr.,** swear and affirm that on **March 16, 2012** at **1:07 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons; Complaint** to **AMANDA BRANDER** as **General Counsel & Authorized Agent** at **200 Independence Ave SW , Washington, DC 20201** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5"4"−5"8" Weight: 131−160 lbs Skin Color: White Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Alvin J. Darby, Jr.**
Process Server

**AM PM Legal Solutions**
**520 South 7th Street, Suite B**
**Las Vegas NV 89101**

**702−385−2676**

Internal Job ID:55686

District of Columbia: SS
Subscribed and Sworn to before me
this _20_ day of _march_, _2012_

Andrew Yonki, Notary Public, D.C.
My commission expires September 14, 2014

# CIVIL COVER SHEET

_____ County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

A-12-657868-C

X X X

## I. Party Information

| | |
|---|---|
| Plaintiff(s) (name/address/phone): ——The Powell Litigation Group | Defendant(s) (name/address/phone): ——Carmen Santana |
| Attorney (name/address/phone): <br> The Powell Litigation Group <br> 9960 West Cheyenne Avenue, Suite 170 <br> Las Vegas, NV 89129 | Attorney (name/address/phone): |

## II. Nature of Controversy (Please check applicable bold category and applicable subcategory, if appropriate)

☐ **Arbitration Requested**

### Civil Cases

| Real Property | Torts | |
|---|---|---|
| **Negligence** | | |

**Real Property**

☐ **Landlord/Tenant**
  ☐ Unlawful Detainer
☐ **Title to Property**
  ☐ Foreclosure
  ☐ Liens
  ☐ Quiet Title
  ☐ Specific Performance
☐ **Condemnation/Eminent Domain**
☐ **Other Real Property**
  ☐ Partition
  ☐ Planning/Zoning

**Negligence**
☐ **Negligence – Auto**
☐ **Negligence – Medical/Dental**
☐ **Negligence – Premises Liability**
  (Slip/Fall)
☐ **Negligence – Other**

**Torts**
☐ **Product Liability**
  ☐ Product Liability/Motor Vehicle
  ☐ Other Torts/Product Liability
☐ **Intentional Misconduct**
  ☐ Torts/Defamation (Libel/Slander)
  ☐ Interfere with Contract Rights
☐ **Employment Torts** (Wrongful termination)
☐ **Other Torts**
  ☐ Anti-trust
  ☐ Fraud/Misrepresentation
  ☐ Insurance
  ☐ Legal Tort
  ☐ Unfair Competition

### Probate

**Estimated Estate Value:** _____

☐ **Summary Administration**
☐ **General Administration**
☐ **Special Administration**
☐ **Set Aside Estates**
☐ **Trust/Conservatorships**
  ☐ Individual Trustee
  ☐ Corporate Trustee
☐ **Other Probate**

### Other Civil Filing Types

☐ **Construction Defect**
  ☐ Chapter 40
  ☐ General
☐ **Breach of Contract**
  ☐ Building & Construction
  ☐ Insurance Carrier
  ☐ Commercial Instrument
  ☐ Other Contracts/Acct/Judgment
  ☐ Collection of Actions
  ☐ Employment Contract
  ☐ Guarantee
  ☐ Sale Contract
  ☐ Uniform Commercial Code
☐ **Civil Petition for Judicial Review**
  ☐ Foreclosure Mediation
  ☐ Other Administrative Law
  ☐ Department of Motor Vehicles
  ☐ Worker's Compensation Appeal

☐ **Appeal from Lower Court** *(also check applicable civil case box)*
  ☐ Transfer from Justice Court
  ☐ Justice Court Civil Appeal
☐ **Civil Writ**
  ☐ Other Special Proceeding
☐ **Other Civil Filing**
  ☐ Compromise of Minor's Claim
  ☐ Conversion of Property
  ☐ Damage to Property
  ☐ Employment Security
  ☐ Enforcement of Judgment
  ☐ Foreign Judgment – Civil
  ☐ Other Personal Property
  ☐ Recovery of Property
  ☐ Stockholder Suit
  ☒ Other Civil Matters

## III. Business Court Requested (Please check applicable category; *for Clark or Washoe Counties only.*)

☐ NRS Chapters 78-88
☐ Commodities (NRS 90)
☐ Securities (NRS 90)

☐ Investments (NRS 104 Art. 8)
☐ Deceptive Trade Practices (NRS 598)
☐ Trademarks (NRS 600A)

☐ Enhanced Case Mgmt/Business
☐ Other Business Court Matters

——— 3/7/2012 ———
**Date**

/s/ Paul D. Powell
**Signature of initiating party or representative**

Form PA 201
Rev. 2.5E

Electronically Filed
03/08/2012 01:15:34 PM

**CLERK OF THE COURT**

**COMP**
Paul D. Powell, Esq.
Nevada Bar No. 7488
THE POWELL LITIGATION GROUP
9960 West Cheyenne, Suite 170
Las Vegas, Nevada 89129
Telephone: (702) 483-6180
Facsimile: (702) 998-1897
ppowell@powelllit.com
Attorneys for Plaintiff

# DISTRICT COURT

## CLARK COUNTY, NEVADA

THE POWELL LITIGATION GROUP, P.C., a
Nevada professional corporation,

        Plaintiff,

vs.

CARMEN SANTANA, an individual; CARE
REHAB & ORTHOPAEDIC PRODUCTS, INC., a
foreign corporation; THE CENTER FOR
SURGICAL INTERVENTION, LLC, a Nevada
limit liablity corporation; DESERT
ORTHOPAEDIC CENTER, LTD., a Nevada
professional corporation; DESERT
RADIOLOGISTS, INC., a Nevada corporation;
DAVID J. OLIVERI, M.D., PROFESSIONAL
CORPORATION, a Nevada professional
corporation; WITOLD IGLIKOWSKI, M.D.,
PROF. CORP., a Nevada professional corporation;
EMERGENCY PHYSICIANS MEDICAL GROUP,
INC., a foreign corporation; KEY HEALTH
MEDICAL SOLUTIONS OF NEVADA, a Nevada
corporation as successor and interest to Parkway
Imaging and Matt Smith Physical Therapy; LAS
VEGAS PHARMACY, INC., a Nevada corporation;
BRIAN A. LEMPER, D.O., LTD., d/b/a LEMPER
PAIN CENTERS and SUMMERLIN
OUTPATIENT PHARMACY, a Nevada
professional corporation; LAS VEGAS
NEUROSURGERY ORTHOPAEDICS AND
REHABILITATION, LLP, a Nevada limited
liability partnership; CHW NEVADA IMAGING
COMPANY, LLC, d/b/a NEVADA IMAGING
CENTERS, a Nevada limited liability corporation;

CASE NO. A-12-657868-C
DEPT. NO. XXX

**COMPLAINT IN INTERPLEADER**

*Declaratory Relief Exemption from
Arbitration Requested*

THOMAS R. BARSON, M.D., an individual;
STEVE WONG, M.D. an individual, d/b/a PBS
ANESTHESIA, a Nevada corporation;
CENTENNIAL MEDICAL GROUP, LLP, a
Nevada limited liability partnership; VILLAGE
EAST DRUG, a Nevada corporation; ALLIED
COLLECTION SERVICES, INC., a Nevada
corporation, as successor in interest to J. PAUL
WIESNER & ASSOCIATES CHARTERED, a
Nevada professional corporation, d/b/a
RADIOLOGY ASSOCIATES OF NEVADA;
CATHOLIC HEATHCARE WEST a California
corporation d/b/a ST. ROSE HOSPITAL
DOMINICAN HOSPITAL, a Nevada corporation;
RUSSELL J. SHAH, M.D., LTD., a Nevada
professional corporation; HEALTHSOUTH
CORPORATION, a Delaware corporation, d/b/a
HEALTHSOUTH OF TENAYA; HEALTHSOUTH
OF HENDERSON, INC., a Delaware corporation,
d/b/a HEALTHSOUTH REHABILITATION
HOSPITAL OF HENDERSON; CREDIT
BUREAU CENTRAL, a Nevada Corporation as
successor in interest to QUEST DIAGNOSTICS,
INC., a Nevada corporation and APC
HEALTHCARE GROUP;  MED-CARE
SOLUTIONS, LLC., a Nevada corporation, as
successor in interest to CHEYENNE MEDICAL
IMAGING and VALLEY HOSPITAL; LEGACY
SURGICAL SERVICES d/b/a SURGERY
CENTER AT TENAYA, a Nevada Corporation;
NEVADA IMAGING CENTERS-OPEN MRI,
LLC, a Delaware limited-liability company, d/b/a
LAKE MEAD RADIOLOGY; SPRING VALLEY
HOSPITAL, a Nevada Corporation; ANTHEM
HILLS MEDICAL CENTER, a Nevada
Corporation; ORTHOFIX, INC., a Foreign
Corporation; RED ROCK DIAGNOSTICS, LLC., a
Nevada Corporation as successor in interest to
AXIOM IMAGING; STELJES CARDIOLOGY,
P.C.; a Nevada Corporation; ROBERT BIEN, M.D.,
d/b/a NEVADA PAIN MANAGEMENT, a Nevada
corporation; SURGICAL ANESTHESIA
SERVICES, LLP., a Nevada Corporation;
UNIVERSITY MEDICAL CENTER A Nevada
Corporation; THOMAS ATLAS, M.D., d/b/a
TUSTIN TELERADIOLOGY MEDICAL GROUP,

a California Corporation; MATT SMITH
PHYSICAL THERAPY, A Nevada Corporation;
MATT SMITH PHYSICAL THERAPY as
successor and interest to TOM BROOKS
PHYSICAL THERAPY AND SPORTS
MEDICINE; RENEE L. NGO, M.D., an individual;
GARY J. LATOURETTE, M.D., an individual;
KATHLEEN SEBELIUS in her capacity as
Secretary of Health and Human Services, United
States of America on behalf of the Center for
Medicare Services; STATE OF NEVADA,
Department of Health and Human Service d/b/a
Medicaid; SUNSET NECK & BACK CENTER, a
Nevada Corporation; ENRICO FAZZINI, PH.D.,
D.O., an individual; B.O.N. CLINICAL
LABORATORIES, LTS., a Nevada Corporation;
CALIFORNIA COMPREHENSIVE INJURY
INSTITUTE, a California Corporation; OASIS
WELLNESS CENTER, a California Corporation;
ALLIED COLLECTION SERVICES, INC., a
Nevada corporation, as successor in interest to
DESERT RADIOLOGISTS; SAV-ON DRUGS a
Nevada corporation  DOES I-X, and ROE
CORPORATIONS I-X, inclusive,

       Defendants.

COMES NOW the Plaintiff, THE POWELL LITIGATION GROUP, by and through its

counsel of record, PAUL D. POWELL, ESQ., of THE POWELL LITIGATION GROUP, and brings

this Complaint in Interpleader under Rule 22 of the Nevada Rules of Civil Procedure and for such

causes of action alleges:

## I.

At all times relevant hereto, Plaintiff THE POWELL LITIGATION GROUP was and is a

Nevada Professional Corporation duly organized and existing under the laws of the State of Nevada.

## II.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto

Defendant CARMEN SANTANA was and is a resident of Clark County, Nevada.

**III.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant CARE REHAB & ORTHOPAEDIC PRODUCTS, INC., a foreign corporation was doing business in Clark County, Nevada.

**IV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto THE CENTER FOR SURGICAL INTERVENTION, LLC., a Nevada limited-liability company was doing business in Clark County, Nevada.

**V.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant DESERT ORTHOPAEDIC CENTER, LTD., a Nevada corporation, was doing business in Clark County, Nevada.

**VI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant DESERT RADIOLOGISTS, a Nevada Corporation was doing business in Clark County, Nevada.

**VII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant DAVID OLIVERI, M.D., a professional corporation was doing business in Clark County, Nevada.

/ / /

/ / /

/ / /

**VIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant WITOLD IGLIKOWSKI, M.D. a Professional corporation was doing business in Clark County, Nevada.

**IX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant EMERGENCY PHYSICIANS MEDICAL GROUP, a foreign corporation was doing business in Clark County, Nevada.

**X.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendants KEY HEALTH MANAGEMENT, INC., a California corporation, as successor in interest to PARKWAY IMAGING and MATT SMITH PHYSICAL THERAPY, was doing business in Clark County, Nevada.

**XI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant LAS VEGAS PHARMACY, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant BRIAN A. LEMPER, D.O., LTD., d/b/a LEMPER PAIN CENTERS and SUMMERLIN OUTPATIENT PHARMACY was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant LAS VEGAS NEUROSURGERY ORTHOPAEDICS AND REHABILITATION, LLP is, and at all relevant times herein was, a Nevada limited liability partnership duly organized and existing under the laws of the State of Nevada and doing business in Clark County, Nevada.

**XIV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant CHW NEVADA IMAGING COMPANY, LLC. d/b/a/ NEVADA IMAGING CENTERS was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant THOMAS BARSON, M.D., and STEVE WONG, M.D., d/b/a PBS ANESTHESIA was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XVI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant CENTENNIAL MEDICAL GROUP, LLC., a Nevada professional corporation, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XVII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant VILLAGE EAST DRUG, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XVIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant ALLIED COLLECTION SERVICES, INC., as successor and interest to J. PAUL WIESNER & ASSOCIATES CHARTERED d/b/a/ RADIOLOGY ASSOCIATES OF NEVADA, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XIX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant CATHOLIC HEALTHCARE WEST, a California corporation d/b/a/ ST. ROSE DOMINICAN HOPSITAL - SIENA CAMPUS, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant RUSSELL J. SHAH, M.D., LTD., Individually, was and is duly licensed to practice medicine in the State of Nevada and was doing business in Clark County, Nevada.

**XXI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant HEALTHSOUTH CORPORATION a foreign corporation, d/b/a HEALTHSOUTH OF

TENAYA was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

## XXII.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant HEALTHSOUTH OF HENDERSON, INC., a foreign corporation, d/b/a HEALTHSOUTH REHABILITATION HOSPITAL OF HENDERSON was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

## XXIII.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant CREDIT BUREAU CENTRAL, INC., a Nevada corporation, as successor in interest to QUEST DIAGNOSTICS, INC., and APC HEALTHCARE GROUP was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

## XXIV.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant MED-CARE SOLUTIONS a Nevada corporation, as successor in interest to CHEYENNE MEDICAL IMAGING and VALLEY HOSPITAL, was doing business in Clark County, Nevada.

## XXV.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant LEGACY SURGICAL SERVICES d/b/a SURGERY CENTER AT TENAYA, a Nevada Corporation, was doing business in Clark County, Nevada.

**XXVI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant NEVADA IMAGING CENTERS OPEN MRI, LLC. a Delaware limited-liability company, d/b/a/ LAKE MEAD RADIOLOGY was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XXVII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant SPRING VALLEY HOSPITAL a Nevada corporation, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XXVIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant ANTHEM HILLS MEDICAL CENTER, a Nevada Corporation was doing business in Clark County, Nevada.

**XXI X.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant ORTHOFIX, INC., a foreign corporation was doing business in Clark County, Nevada.

**XXX.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant RED ROCK DIAGNOSTICS, LLC. a Nevada Corporation as successor and interest to AXIOM IMAGING, was doing business in Clark County, Nevada.

**XXXI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant STELJES CARDIOLOGY, P.C. A Nevada corporation was doing business in Clark County, Nevada.

**XXXII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant ROBERT BIEN, M.D., d/b/a/ NEVADA PAIN MANAGEMENT, a Nevada corporation, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XXXIII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant SURGICAL ANESTHESIA SERVICES, LLP. a Nevada Corporation, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XXXIV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant UNIVERSITY MEDICAL CENTER a Nevada corporation, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

**XXXV.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant THOMAS ATLAS, M.D., d/b/a TUSTIN TELERADIOLOGY MEDICAL GROUP, a California Corporation, was doing business in Clark County, Nevada.

### XXXVI.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant MATT SMITH PHYSICAL THERAPY a Nevada corporation, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

### XXXVII.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant MATT SMITH PHYSICAL THERAPY as successor an interest to TOM BROOKS PHYSICAL THERAPY AND SPORTS MEDICINE, a Nevada Corporation, was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

### XXXVIII.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant RENEE L. NGO, M.D., Individually, was and is duly licensed to practice medicine in the State of Nevada and was doing business in Clark County, Nevada.

### XXXIX.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant GARY J. LATOURETTE, M.D., Individually, was and is duly licensed to practice medicine in the State of Nevada and was doing business in Clark County, Nevada.

### XL.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto KATHLEEN SEBELIUS in her capacity as Secretary of Health and Human Services, United States of America on behalf of the Center for Medicare Services, an agency of the United States of

America ("CMS"). The sovereign immunity of the United States of America is waived pursuant to 28 U.S.C. § 2410(a)(5).

### XLI.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant STATE OF NEVADA department of Health and Human Service d/b/a/ Medicaid, a Nevada corporation was and is duly organized and existing under the laws of the State of Nevada and was doing business in Clark County, Nevada.

### XLII.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant SUNSET NECK & BACK CENTER, a Nevada corporation, was doing business in Clark County, Nevada.

### XLIII.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant ENRICO FAZZINI, PH.D., D.O. is, and at all relevant times herein was, an individual doing business in Clark County, Nevada.

### XLIV.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant B.O.N. CLINICAL LABORATORIES, LTS., a Nevada corporation, was doing business in Clark County, Nevada.

### XLV.

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant CALIFORNIA COMPREHENSIVE INJURY INSTITUTE a California corporation was doing business in Clark County, Nevada.

**XLVI.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant OASIS WELLNESS CENTER a California corporation, was doing business in Clark County, Nevada.

**XLVII.**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant SAV-ON DRUGS a Nevada corporation, was doing business in Clark County, Nevada.

**XLVIII**

Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto Defendant ALLIED COLLECTION SERVICES, INC., a Nevada corporation, as successor in interest to DESERT RADIOLOGISTS was doing business in Clark County, Nevada.

**XLVIII.**

Plaintiff THE POWELL LITIGATION GROUP entered into a valid lawyer's contingency retainer agreement with Carmen Santana whereby Ms. Santana agreed to pay Plaintiff 40.0% of any award recovered in addition to all costs associated with pursuing her claim for personal injuries against Defendant Russell Mettke.

**XLIX.**

THE POWELL LITIGATION GROUP has recovered personal injury proceeds in the amount of $450,000.00 on behalf of Carmen Santana for her claims against Defendant.

**L.**

THE POWELL LITIGATION GROUP is entitled to attorney's fees in the amount of $180,000.00, which is 40.0% of the "total recovery" per the retainer contract, and is entitled to costs in the amount of $148,388.85.

## LI.

Each of the Defendants herein is owed money and has an existing lien on Carmen Santana's settlement for medical services and treatment provided to her arising out of a motor vehicle accident that occurred on August 19, 2004 at or near the intersection of Corporate Center Circle and Green Valley Parkway in Las Vegas, Nevada.

## LII.

Each of the Defendants claim some right, entitlement, interest or benefit of the settlement funds based upon an existing lien.

## LIII.

The amount of the liens for medical treatment and services collectively, exceeds the amount of the settlement funds available.

## LIV.

THE POWELL LITIGATION GROUP cannot safely determine without hazard to itself, to whom the proceeds of the settlement should be paid, and how the proceeds should be divided. As such, it has become necessary to file this Complaint in Interpleader.

WHEREFORE, Plaintiff THE POWELL LITIGATION GROUP, expressly reserving its right to amend its Complaint at the time of the hearing of the action herein to include all Defendants not yet ascertained, prays as follows:

1.     That Defendants appear and answer to establish whatever claims they have with respect to the settlement proceeds;

2.     That the Court order immediate payment to THE POWELL LITIGATION GROUP out of the Interpleader funds the amount of $180,000 for attorney's fees and the sum of $148,388.85 for its costs based upon its valid lien and pursuant to its statutory priority;

14.

2.     That the Court determine which of the parties is entitled to the proceeds of the award and to what extent each party shall rightfully be paid;

3.     That the Court award reasonable attorney's fees to the undersigned counsel by reason of necessity of bringing this action;

4.     For costs incurred herein for service of the summons and complaint to each Defendant. Plaintiff will provide the court an itemized list of billing for service of the summons and complaint once all of the Defendants' are served; and

5.     That the Court afford any further relief as it may deem just and proper.

DATED this __ day of March 2012.

THE POWELL LITIGATION GROUP

/s/ Paul D. Powell

_____
PAUL D. POWELL, ESQ.
Nevada Bar No. 7488
9960 West Cheyenne, Suite 170
Las Vegas, Nevada 89129

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

# EXHIBIT B

# Payment Summary Form

Apr 10, 2012 03:43 PM

## Report Number: RMCAN-5-5

| | |
|---|---|
| Benificiary Name: | SANTANA, CARMEN, |
| Beneficiary HICN: | 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A |
| Case ID: | 2011146-09-000783 |

| | |
|---|---|
| Case Type: | L - LIABILITY |
| Date of Incident: | May 1, 2007 |

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 2092260040080 2N | 0 | 52280 | SPRING VALLEY HOSPITAL MEDIC | 7224, 2724, 2859, 311, 4019, 4270, 49390, 53011, 7220 | 07/22/2008 | 07/30/2008 | $256,772.00 | $42,015.83 | $42,015.83 |
| 71 | 33220905008753 0 | 1 | 1302 | KABINS, MARK B | 7210, 7220, 7230, 7234 | 11/17/2008 | 11/17/2008 | $90.00 | $30.55 | $30.55 |
| 71 | 33220905008753 0 | 2 | 1302 | KABINS, MARK B | 7210, 7220, 7230, 7234 | 11/17/2008 | 11/17/2008 | $111.00 | $30.15 | $30.15 |
| 71 | 33220925901908 0 | 3 | 1302 | KERMANI, BEHZAD | 49390, 78900 | 12/30/2008 | 12/30/2008 | $80.00 | $33.92 | $33.92 |
| 71 | 33220929093960 0 | 1 | 1302 | ANSARINIA, MEHDI M | 34610 | 02/10/2009 | 02/10/2009 | $145.00 | $74.88 | $74.88 |
| 71 | 33220909111575 0 | 1 | 1302 | ANSARINIA, MEHDI M | 34610 | 03/23/2009 | 03/23/2009 | $145.00 | $74.88 | $74.88 |
| 71 | 33220913210134 0 | 1 | 1302 | KABINS, MARK B | 7210, 7220, 7230, 7234 | 05/04/2009 | 05/04/2009 | $135.00 | $49.74 | $49.74 |
| 71 | 33220913210134 0 | 2 | 1302 | KABINS, MARK B | 7210, 7220, 7230, 7234 | 05/04/2009 | 05/04/2009 | $111.00 | $29.83 | $29.83 |
| 71 | 33220913210134 0 | 3 | 1302 | KABINS, MARK B | 7210, 7220, 7230, 7234 | 05/04/2009 | 05/04/2009 | $123.00 | $31.31 | $31.31 |
| 71 | 33221022304161 0 | 1 | 1302 | LENIHAN, ELIZABETH A | 7244 | 06/16/2009 | 06/16/2009 | $960.00 | $53.98 | $53.98 |
| 71 | 33221022304166 0 | 1 | 1302 | COPPEL, ALAIN | 7244 | 06/16/2009 | 06/16/2009 | $1,600.00 | $312.70 | $312.70 |
| 71 | 33221022304837 0 | 1 | 1302 | DL JT MANAGEMENT SERVIC | 7244 | 06/16/2009 | 06/16/2009 | $3,840.00 | $0.00 | $0.00 |
| 71 | 33221022304837 0 | 2 | 1302 | DL JT MANAGEMENT SERVIC | 7244 | 06/16/2009 | 06/16/2009 | $3,840.00 | $0.00 | $0.00 |
| 71 | 33221022304837 0 | 3 | 1302 | DL JT MANAGEMENT SERVIC | 7244 | 06/16/2009 | 06/16/2009 | $3,840.00 | $0.00 | $0.00 |
| 71 | 33221022304837 0 | 4 | 1302 | DL JT MANAGEMENT SERVIC | 7244 | 06/16/2009 | 06/16/2009 | $3,840.00 | $0.00 | $0.00 |
| 71 | 33221022304837 0 | 5 | 1302 | DL JT MANAGEMENT SERVIC | 7244 | 06/16/2009 | 06/16/2009 | $2,160.00 | $242.89 | $242.89 |

<<<< Confidential >>>>>

Page: 1 of 12

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 33221022304830 | 6 | 1302 | DL JT MANAGEMENT SERVIC | 7244 | 06/16/2009 | 06/16/2009 | $2,160.00 | $121.45 | $121.45 |
| 71 | 33221022304830 | 7 | 1302 | DL JT MANAGEMENT SERVIC | 7244 | 06/16/2009 | 06/16/2009 | $2,160.00 | $121.45 | $121.45 |
| 71 | 33221022304830 | 8 | 1302 | DL JT MANAGEMENT SERVIC | 7244 | 06/16/2009 | 06/16/2009 | $2,160.00 | $121.45 | $121.45 |
| 71 | 33221022304830 | 9 | 1302 | DL JT MANAGEMENT SERVIC | 7244 | 06/16/2009 | 06/16/2009 | $1,200.00 | $0.00 | $0.00 |
| 71 | 33220195032480 | 1 | 1302 | LANZKOWSKY, DAVID R | 7244 | 07/10/2009 | 07/10/2009 | $335.00 | $101.18 | $101.18 |
| 71 | 33220926009290 | 6 | 1302 | BERKLEY, ROBERT R | 4270 | 07/22/2009 | 07/22/2009 | $20.00 | $0.22 | $0.22 |
| 71 | 33220931307464 | 6 | 1302 | BERKLEY, ROBERT N | 4270, 79431 | 07/22/2009 | 07/22/2009 | $20.00 | $0.00 | $0.00 |
| 71 | 33220929160560 | 1 | 1302 | KABINS, MARK B | 7210, 7220, 7230, 7234 | 08/10/2009 | 08/10/2009 | $90.00 | $30.23 | $30.23 |
| 71 | 33220306144020 | 1 | 1302 | HYER, KEVIN | 7295 | 10/27/2009 | 10/27/2009 | $629.00 | $154.62 | $154.62 |
| 71 | 33220309114130 | 1 | 1302 | KERMANI, BEHZAD | 7823, 32723, 45340, 78605 | 10/27/2009 | 10/27/2009 | $200.00 | $101.18 | $101.18 |
| 71 | 33221003200342 | 3 | 1302 | SCIPIONE, TERENCE M | V7612 | 01/21/2010 | 01/21/2010 | $0.01 | $0.00 | $0.00 |
| 71 | 33221008118702 | 1 | 1302 | KABINS, MARK B | 7210, 7220, 7230, 7234 | 03/15/2010 | 03/15/2010 | $135.00 | $53.01 | $53.01 |
| 71 | 33221008309612 | 1 | 1302 | CHW NEVADA IMAGING COMP LLC | 72210 | 03/17/2010 | 03/17/2010 | $1,411.00 | $347.36 | $347.36 |
| 71 | 33221011308937 | 1 | 1302 | QUEST DIAGNOSTICS INCORPOR | V7284 | 03/22/2010 | 03/22/2010 | $15.00 | $3.00 | $3.00 |
| 71 | 33221011308937 | 2 | 1302 | QUEST DIAGNOSTICS INCORPOR | V7284 | 03/22/2010 | 03/22/2010 | $52.75 | $15.14 | $15.14 |
| 71 | 33221011308937 | 3 | 1302 | QUEST DIAGNOSTICS INCORPOR | V7284 | 03/22/2010 | 03/22/2010 | $32.00 | $3.22 | $3.22 |
| 71 | 33221011308937 | 5 | 1302 | QUEST DIAGNOSTICS INCORPOR | V7284 | 03/22/2010 | 03/22/2010 | $32.30 | $11.14 | $11.14 |
| 71 | 33221011308937 | 9 | 1302 | QUEST DIAGNOSTICS INCORPOR | V7284 | 03/22/2010 | 03/22/2010 | $39.60 | $0.00 | $0.00 |
| 71 | 33221012038310 | 1 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V7281, 4011 | 03/31/2010 | 03/31/2010 | $203.00 | $79.33 | $79.33 |
| 71 | 33221011011220 | 1 | 1302 | KERMANI, BEHZAD | 7213, 4779, 7245, 7862 | 04/01/2010 | 04/01/2010 | $145.00 | $79.33 | $79.33 |
| 71 | 33221010413430 | 1 | 1302 | KABINS, MARK B | 7210, 7220, 7230, 7234 | 04/05/2010 | 04/05/2010 | $90.00 | $31.70 | $31.70 |
| 82 | 10153843799000 | 1 | 19003 | BRIAN A LEMPER DO LTD | 7242 | 04/08/2010 | 04/08/2010 | $995.00 | $290.62 | $290.62 |
| 71 | 33221013103549 | 1 | 1302 | LEMPER, BRIAN A | 7244, 7213, 72210, 7242 | 04/08/2010 | 04/08/2010 | $1,155.00 | $123.27 | $123.27 |
| 71 | 33221013103411 | 1 | 1302 | LWIN, ALOYSIUS | 7244, 7213, 72210, 7242 | 04/12/2010 | 04/12/2010 | $1,320.00 | $136.51 | $136.51 |
| 71 | 33221030619569 | 1 | 1302 | THE CENTER FOR SURG INTERVEN | 7244 | 04/12/2010 | 04/12/2010 | $2,975.00 | $0.00 | $0.00 |

<<<< Confidential >>>>>

Page: 2 of 12

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 33221030619569 0 | 2 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $2,975.00 | $0.00 | $0.00 |
| 71 | 33221030619569 0 | 3 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $2,975.00 | $0.00 | $0.00 |
| 71 | 33221030619569 0 | 4 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $2,975.00 | $0.00 | $0.00 |
| 71 | 33221030619569 0 | 5 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $2,975.00 | $261.69 | $261.69 |
| 71 | 33221030619569 0 | 6 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $1,487.50 | $84.66 | $84.66 |
| 71 | 33221030619569 0 | 7 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $1,487.50 | $84.66 | $84.66 |
| 71 | 33221030619569 0 | 8 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $1,487.50 | $84.66 | $84.66 |
| 71 | 33221030619569 0 | 9 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $5,950.00 | $0.00 | $0.00 |
| 71 | 33221030619569 0 | 10 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $5,950.00 | $0.00 | $0.00 |
| 71 | 33221030619569 0 | 11 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $5,950.00 | $0.00 | $0.00 |
| 71 | 33221030619569 0 | 12 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $5,950.00 | $0.00 | $0.00 |
| 71 | 33221030619569 0 | 13 | 1302 | THE CENTER FOR SURG INTERVE | 7244 | 04/12/2010 | 04/12/2010 | $520.00 | $206.00 | $206.00 |
| 71 | 33221010403518 0 | 1 | 1302 | KITTUSAMY, B P | 7244, 7213, 72210 | 04/12/2010 | 04/12/2010 | | | |
| 71 | 33221013103508 0 | 1 | 1302 | LEMPER, BRIAN A | 7244, 7213, 72210, 7242 | 04/12/2010 | 04/12/2010 | $13,200.00 | $399.98 | $399.98 |
| 71 | 33221013103508 0 | 2 | 1302 | LEMPER, BRIAN A | 7244, 7213, 72210, 7242 | 04/12/2010 | 04/12/2010 | $10,000.00 | $0.00 | $0.00 |
| 71 | 33221013103508 0 | 3 | 1302 | LEMPER, BRIAN A | 7244, 7213, 72210, 7242 | 04/12/2010 | 04/12/2010 | $1,320.00 | $42.38 | $42.38 |
| 71 | 33221013103508 0 | 4 | 1302 | LEMPER, BRIAN A | 7244, 7213, 72210, 7242 | 04/12/2010 | 04/12/2010 | $825.00 | $53.40 | $53.40 |
| 71 | 33221013103508 0 | 5 | 1302 | LEMPER, BRIAN A | 7244, 7213, 72210, 7242 | 04/12/2010 | 04/12/2010 | $825.00 | $53.40 | $53.40 |
| 71 | 33221013103508 0 | 6 | 1302 | LEMPER, BRIAN A | 7244, 7213, 72210, 7242 | 04/12/2010 | 04/12/2010 | $825.00 | $53.40 | $53.40 |
| 71 | 33221013103508 0 | 7 | 1302 | LEMPER, BRIAN A | 7244, 7213, 72210, 7242 | 04/12/2010 | 04/12/2010 | $250.00 | $0.00 | $0.00 |
| 60 | 21124400355408 N | 0 | 1901 | UMC OF SOUTHERN NEVADA | 72252, V8539, 27800, 2851, 311, 4019, 4536, 53081, 72210 | 04/13/2010 | 04/27/2010 | $482,865.05 | $90,490.74 | $90,490.74 |
| 71 | 33221017419402 0 | 1 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $3,570.00 | $587.54 | $587.54 |
| 71 | 33221017419402 0 | 2 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $3,990.00 | $652.72 | $652.72 |
| 71 | 33221017419402 0 | 3 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $6,000.00 | $583.90 | $583.90 |

<<<< Confidential >>>>

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 33221017419420 | 4 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $1,500.00 | $583.90 | $583.90 |
| 71 | 33221017419420 | 5 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $5,880.00 | $748.13 | $748.13 |
| 71 | 33221017419420 | 6 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $1,680.00 | $167.98 | $167.98 |
| 71 | 33221017419440 | 1 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $1,500.00 | $186.85 | $186.85 |
| 71 | 33221017419440 | 2 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $375.00 | $93.42 | $93.42 |
| 71 | 33221017419440 | 3 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $892.50 | $94.01 | $94.01 |
| 71 | 33221017419440 | 4 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $997.50 | $104.43 | $104.43 |
| 71 | 33221012038320 | 1 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/13/2010 | 04/13/2010 | $278.00 | $104.47 | $104.47 |
| 71 | 33221011114590 | 1 | 1302 | HIRSCHFELD, BRUCE J | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $260.00 | $104.47 | $104.47 |
| 71 | 33221011114590 | 2 | 1302 | HIRSCHFELD, BRUCE J | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $5,600.00 | $748.13 | $748.13 |
| 71 | 33221011114590 | 3 | 1302 | HIRSCHFELD, BRUCE J | 72210, 72402, 7244 | 04/13/2010 | 04/13/2010 | $744.00 | $167.98 | $167.98 |
| 71 | 33221016073470 | 1 | 1302 | BARSON, THOMAS R | 72293, 72252 | 04/13/2010 | 04/13/2010 | $3,000.00 | $414.46 | $414.46 |
| 71 | 33221016073470 | 3 | 1302 | BARSON, THOMAS R | 72293, 72252 | 04/13/2010 | 04/13/2010 | $400.00 | $98.74 | $98.74 |
| 71 | 33221012038320 | 2 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/14/2010 | 04/14/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221025004000 | 1 | 1302 | TOPHAM, STEVEN L | 7245 | 04/15/2010 | 04/15/2010 | $43.00 | $9.36 | $9.36 |
| 71 | 33221010153030 | 1 | 1302 | WONG, STEVE C | 72402 | 04/15/2010 | 04/15/2010 | $3,500.00 | $426.40 | $426.40 |
| 71 | 33221012038320 | 3 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/15/2010 | 04/15/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221012316890 | 1 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/15/2010 | 04/15/2010 | $2,982.00 | $1,300.66 | $1,300.66 |
| 71 | 33221012316890 | 2 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/15/2010 | 04/15/2010 | $756.00 | $290.06 | $290.06 |
| 71 | 33221012316890 | 3 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/15/2010 | 04/15/2010 | $3,570.00 | $587.54 | $587.54 |
| 71 | 33221012316890 | 4 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/15/2010 | 04/15/2010 | $3,990.00 | $652.72 | $652.72 |
| 71 | 33221012316950 | 1 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/15/2010 | 04/15/2010 | $745.50 | $208.10 | $208.10 |
| 71 | 33221012316950 | 2 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/15/2010 | 04/15/2010 | $189.00 | $46.41 | $46.41 |
| 71 | 33221012316950 | 3 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/15/2010 | 04/15/2010 | $892.50 | $94.01 | $94.01 |
| 71 | 33221012316950 | 4 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/15/2010 | 04/15/2010 | $997.50 | $104.43 | $104.43 |

<<<< Confidential >>>>>

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 910211018326990 | 1 | 4102 | SPILLERS, STEVEN H | 7812, 72210, 72402, 7820 | 04/16/2010 | 04/16/2010 | $1,200.00 | $167.15 | $167.15 |
| 71 | 910211018326990 | 2 | 4102 | SPILLERS, STEVEN H | 7812, 72210, 72402, 7820 | 04/16/2010 | 04/16/2010 | $210.00 | $21.23 | $21.23 |
| 71 | 910211018326990 | 3 | 4102 | SPILLERS, STEVEN H | 7812, 72210, 72402, 7820 | 04/16/2010 | 04/16/2010 | $210.00 | $21.42 | $21.42 |
| 71 | 910211018326990 | 4 | 4102 | SPILLERS, STEVEN H | 7812, 72210, 72402, 7820 | 04/16/2010 | 04/16/2010 | $210.00 | $21.52 | $21.52 |
| 71 | 910211018326990 | 5 | 4102 | SPILLERS, STEVEN H | 7812, 72210, 72402, 7820 | 04/16/2010 | 04/16/2010 | $300.00 | $62.15 | $62.15 |
| 71 | 910211018326990 | 6 | 4102 | SPILLERS, STEVEN H | 7812, 72210, 72402, 7820 | 04/16/2010 | 04/16/2010 | $1,440.00 | $135.23 | $135.23 |
| 71 | 910211018326990 | 7 | 4102 | SPILLERS, STEVEN H | 7812, 72210, 72402, 7820 | 04/16/2010 | 04/16/2010 | $360.00 | $0.00 | $0.00 |
| 71 | 910211018326990 | 8 | 4102 | SPILLERS, STEVEN H | 7812, 72210, 72402, 7820 | 04/16/2010 | 04/16/2010 | $350.00 | $59.17 | $59.17 |
| 71 | 910211018326990 | 9 | 4102 | SPILLERS, STEVEN H | 7812, 72210, 72402, 7820 | 04/16/2010 | 04/16/2010 | $375.00 | $59.46 | $59.46 |
| 71 | 33221011203320 | 4 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/16/2010 | 04/16/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 332210123116900 | 1 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $6,300.00 | $1,238.27 | $1,238.27 |
| 71 | 332210123116900 | 2 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $5,670.00 | $939.22 | $939.22 |
| 71 | 332210123116900 | 3 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $6,300.00 | $370.76 | $370.76 |
| 71 | 332210123116900 | 4 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $2,520.00 | $306.94 | $306.94 |
| 71 | 332210123116900 | 5 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $3,780.00 | $611.42 | $611.42 |
| 71 | 332210123116900 | 6 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $2,205.00 | $0.00 | $0.00 |
| 71 | 332210123116900 | 7 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $1,512.00 | $24.42 | $24.42 |
| 71 | 332210123116960 | 1 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $1,575.00 | $198.12 | $198.12 |
| 71 | 332210123116960 | 2 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $1,417.50 | $150.26 | $150.26 |
| 71 | 332210123116960 | 3 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $1,575.00 | $59.32 | $59.32 |
| 71 | 332210123116960 | 4 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $630.00 | $49.10 | $49.10 |
| 71 | 332210123116960 | 5 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $945.00 | $97.82 | $97.82 |
| 71 | 332210123116960 | 6 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $551.25 | $0.00 | $0.00 |
| 71 | 332210123116960 | 7 | 1302 | SHANNON, MARYANN | 72210, 72402, 7244 | 04/16/2010 | 04/16/2010 | $378.00 | $0.00 | $0.00 |
| 71 | 332210125121780 | 1 | 1302 | WONG, STEVE C | 72402 | 04/16/2010 | 04/16/2010 | $3,600.00 | $516.80 | $516.80 |

<<<< Confidential >>>>>

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 33221012500252O | 1 | 1302 | SCIPIONE, TERENCE M | 7245 | 04/17/2010 | 04/17/2010 | $43.00 | $9.36 | $9.36 |
| 71 | 33221011203832O | 5 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/17/2010 | 04/17/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221011203832O | 6 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/18/2010 | 04/18/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221011914468O | 1 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/19/2010 | 04/19/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221011914468O | 2 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/20/2010 | 04/20/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221013100510O | 1 | 1302 | EDMISTER, WHITNEY B | 7295 | 04/20/2010 | 04/20/2010 | $87.00 | $18.69 | $18.69 |
| 71 | 33221011914468O | 3 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/21/2010 | 04/21/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221012600897O | 1 | 1302 | MAZZU, DIANNE | 7218, V454, 99851 | 04/21/2010 | 04/21/2010 | $277.00 | $60.69 | $60.69 |
| 71 | 33221011914468O | 4 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/22/2010 | 04/22/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221012500208O | 1 | 1302 | MAZZU, DIANNE | 72210, 72211, 7241, 7242 | 04/22/2010 | 04/22/2010 | $306.00 | $70.22 | $70.22 |
| 71 | 33221012500208O | 2 | 1302 | MAZZU, DIANNE | 72210, 72211, 7241, 7242 | 04/22/2010 | 04/22/2010 | $246.00 | $54.24 | $54.24 |
| 71 | 33221012500208O | 3 | 1302 | MAZZU, DIANNE | 72210, 72211, 7241, 7242 | 04/22/2010 | 04/22/2010 | $229.00 | $49.88 | $49.88 |
| 71 | 33221012500208O | 4 | 1302 | MAZZU, DIANNE | 72210, 72211, 7241, 7242 | 04/22/2010 | 04/22/2010 | $226.00 | $49.88 | $49.88 |
| 71 | 33221012500208O | 5 | 1302 | MAZZU, DIANNE | 72210, 72211, 7241, 7242 | 04/22/2010 | 04/22/2010 | $0.00 | $0.00 | $0.00 |
| 71 | 33221011914468O | 5 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/23/2010 | 04/23/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221012500173O | 1 | 1302 | TODD, MICHAEL J | 7295 | 04/23/2010 | 04/23/2010 | $87.00 | $18.69 | $18.69 |
| 71 | 33221011914468O | 6 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/24/2010 | 04/24/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221011914468O | 7 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/25/2010 | 04/25/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221012603565O | 1 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/26/2010 | 04/26/2010 | $138.00 | $55.40 | $55.40 |
| 71 | 33221013106882O | 1 | 1302 | TOPHAM, STEVEN L | 72981 | 04/26/2010 | 04/26/2010 | $178.00 | $41.26 | $41.26 |
| 71 | 33221013106882O | 2 | 1302 | TOPHAM, STEVEN L | 72981 | 04/26/2010 | 04/26/2010 | $131.00 | $29.18 | $29.18 |
| 60 | 21014500169704N | 0 | 99999 | HEALTHSOUTH REHABILITATION H | V5789, V4589, V854, 27801, 2859, 72210, 72244, 78060, 7812 | 04/27/2010 | 05/15/2010 | $48,306.15 | $26,613.29 | $26,613.29 |
| 71 | 33221012603565O | 2 | 1302 | IGLIKOWSKI, WITOLD J | 72210, V4589, 4011 | 04/27/2010 | 04/27/2010 | $176.00 | $54.58 | $54.58 |
| 71 | 33221012711284O | 1 | 1302 | FLAVIANO, CASIANO R | 72252 | 04/27/2010 | 04/27/2010 | $400.00 | $153.74 | $153.74 |

<<<< Confidential >>>>>

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 33221012712840 | 2 | 1302 | FLAVIANO, CASIANO R | 72252 | 04/28/2010 | 04/28/2010 | $150.00 | $55.40 | $55.40 |
| 71 | 33221012712840 | 3 | 1302 | FLAVIANO, CASIANO R | 72252 | 04/29/2010 | 04/29/2010 | $150.00 | $55.40 | $55.40 |
| 71 | 33221012712840 | 4 | 1302 | FLAVIANO, CASIANO R | 72252 | 04/30/2010 | 04/30/2010 | $150.00 | $55.40 | $55.40 |
| 71 | 55181013387340 | 2 | 1192 | ATLAS, THOMAS L | 56400, 7242 | 04/30/2010 | 04/30/2010 | $44.00 | $9.97 | $9.97 |
| 71 | 33221013317280 | 1 | 1302 | FLAVIANO, CASIANO R | 72252 | 05/01/2010 | 05/01/2010 | $150.00 | $55.40 | $55.40 |
| 71 | 33221013317280 | 2 | 1302 | FLAVIANO, CASIANO R | 72252 | 05/02/2010 | 05/02/2010 | $150.00 | $55.40 | $55.40 |
| 71 | 55181013361830 | 1 | 1192 | ATLAS, THOMAS L | 72981, 7823 | 05/02/2010 | 05/02/2010 | $138.00 | $29.89 | $29.89 |
| 71 | 33221013812850 | 1 | 1302 | GAO, ROBERT R | 7244, 2859, 4019, 4280, 7242 | 05/03/2010 | 05/04/2010 | $300.00 | $159.22 | $159.22 |
| 71 | 33221013114184 | 1 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 05/05/2010 | 05/05/2010 | $123.00 | $0.00 | $0.00 |
| 71 | 33221013114184 | 2 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 05/05/2010 | 05/05/2010 | $200.00 | $50.66 | $50.66 |
| 71 | 33221013812850 | 2 | 1302 | GAO, ROBERT R | 7244, 2859, 4019, 4280, 7242 | 05/05/2010 | 05/09/2010 | $500.00 | $277.00 | $277.00 |
| 71 | 33221014114504 | 1 | 1302 | GAO, ROBERT R | 7244, 2859, 4019, 4280, 7242 | 05/10/2010 | 05/14/2010 | $500.00 | $277.00 | $277.00 |
| 71 | 55111015545106 | 1 | 1192 | ATLAS, THOMAS L | 71515, 71945 | 05/11/2010 | 05/11/2010 | $41.00 | $9.66 | $9.66 |
| 71 | 33221017913738 | 1 | 1302 | FLAVIANO, CASIANO R | 72252 | 05/15/2010 | 05/15/2010 | $228.00 | $79.96 | $79.96 |
| 10 | 21020400002204N | 0 | 456 | HEALTHSOUTH HOME HEALTH OF | V5878, 311, 4019, 49390, 72887, 7812 | 05/17/2010 | 07/15/2010 | $10,630.00 | $7,965.10 | $7,965.10 |
| 71 | 33221015418811 | 1 | 1302 | GAO, ROBERT R | V5878, 4019, 72887, 7812 | 05/17/2010 | 05/17/2010 | $150.00 | $41.64 | $41.64 |
| 71 | 33221017513653 | 1 | 1302 | KAWAGUCHI, MICHAEL M | 72981 | 06/21/2010 | 06/21/2010 | $381.00 | $156.09 | $156.09 |
| 71 | 33221017919375 | 1 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 06/21/2010 | 06/21/2010 | $123.00 | $31.67 | $31.67 |
| 10 | 21023700002904N | 0 | 456 | HEALTHSOUTH HOME HEALTH OF | 7226, V5878, 4019, 78079, 7812 | 07/16/2010 | 08/13/2010 | $2,250.00 | $3,445.95 | $2,250.00 |
| 71 | 33221021813916 | 1 | 1302 | GAO, ROBERT R | 7226, V5878, 4019, 78079, 7812 | 07/16/2010 | 07/16/2010 | $150.00 | $32.40 | $32.40 |
| 71 | 33221022818150 | 1 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 08/09/2010 | 08/09/2010 | $90.00 | $32.40 | $32.40 |

<<<< Confidential >>>>>

Page:  7 of 12

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 33221026702980 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 08/25/2010 | 08/25/2010 | $110.00 | $47.22 | $47.22 |
| 71 | 33221026702980 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 08/25/2010 | 08/25/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221026702980 | 3 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 08/25/2010 | 08/25/2010 | $25.00 | $9.88 | $9.88 |
| 71 | 33221026702970 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 08/27/2010 | 08/27/2010 | $110.00 | $47.22 | $47.22 |
| 71 | 33221026702970 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 08/27/2010 | 08/27/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221026702970 | 3 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 08/27/2010 | 08/27/2010 | $25.00 | $9.88 | $9.88 |
| 71 | 33221026702960 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 08/30/2010 | 08/30/2010 | $110.00 | $47.22 | $47.22 |
| 71 | 33221026702960 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 08/30/2010 | 08/30/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221026702960 | 3 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 08/30/2010 | 08/30/2010 | $25.00 | $9.88 | $9.88 |
| 71 | 33221026702940 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 09/10/2010 | 09/10/2010 | $110.00 | $47.22 | $47.22 |
| 71 | 33221026702940 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 09/10/2010 | 09/10/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221026702940 | 3 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 09/10/2010 | 09/10/2010 | $25.00 | $9.88 | $9.88 |
| 71 | 33221026702950 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 09/13/2010 | 09/13/2010 | $110.00 | $47.22 | $47.22 |
| 71 | 33221026702950 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 09/13/2010 | 09/13/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221026702980 | 1 | 1302 | CAMPBELL, KELLY M | 7242, 72210, 7230 | 09/17/2010 | 09/17/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221027305970 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 09/24/2010 | 09/24/2010 | $66.00 | $22.11 | $22.11 |
| 71 | 33221027415130 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 09/27/2010 | 09/27/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221028106890 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 10/01/2010 | 10/01/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221028415850 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 10/04/2010 | 10/04/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221029419360 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 10/15/2010 | 10/15/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221030207370 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 10/25/2010 | 10/25/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221031416360 | 1 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 11/01/2010 | 11/01/2010 | $90.00 | $32.40 | $32.40 |
| 71 | 33221031416360 | 2 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 11/01/2010 | 11/01/2010 | $167.00 | $43.42 | $43.42 |
| 71 | 33221032011430 | 2 | 1302 | NGO, RENEE L | 29632, 30001, 30981 | 11/08/2010 | 11/08/2010 | $0.00 | $0.00 | $0.00 |
| 71 | 33221037116970 | 1 | 1302 | KABINS, MARK B | 7820, 72210, 7242 | 11/09/2010 | 11/09/2010 | $632.00 | $110.24 | $110.24 |

<<<< Confidential >>>>>

Page: 8 of 12

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 33221033711697O | 2 | 1302 | KABINS, MARK B | 7820, 72210, 7242 | 11/09/2010 | 11/09/2010 | $600.00 | $101.76 | $101.76 |
| 71 | 33221033711697O | 3 | 1302 | KABINS, MARK B | 7820, 72210, 7242 | 11/09/2010 | 11/09/2010 | $375.00 | $0.00 | $0.00 |
| 71 | 33221033711703O | 1 | 1302 | RENEAU, JOHN D | 7820, 72210, 7242 | 11/09/2010 | 11/09/2010 | $262.50 | $68.68 | $68.68 |
| 71 | 33221033711703O | 2 | 1302 | RENEAU, JOHN D | 7820, 72210, 7242 | 11/09/2010 | 11/09/2010 | $632.00 | $70.30 | $70.30 |
| 71 | 33221033711703O | 3 | 1302 | RENEAU, JOHN D | 7820, 72210, 7242 | 11/09/2010 | 11/09/2010 | $600.00 | $57.22 | $57.22 |
| 71 | 33221033711703O | 4 | 1302 | RENEAU, JOHN D | 7820, 72210, 7242 | 11/09/2010 | 11/09/2010 | $375.00 | $0.00 | $0.00 |
| 71 | 33221031918077O | 2 | 1302 | PARKWAY IMAGING CENTER LLC | 5920, V454, 72210 | 11/12/2010 | 11/12/2010 | $225.00 | $0.00 | $0.00 |
| 71 | 33221031918077O | 3 | 1302 | PARKWAY IMAGING CENTER LLC | 5920, V454, 72210 | 11/12/2010 | 11/12/2010 | $813.00 | $178.25 | $178.25 |
| 71 | 33221031918077O | 4 | 1302 | PARKWAY IMAGING CENTER LLC | 5920, V454, 72210 | 11/12/2010 | 11/12/2010 | $600.00 | $208.71 | $208.71 |
| 71 | 33221026134690 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 11/15/2010 | 11/15/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221033512308O | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 11/22/2010 | 11/22/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221033515091O | 1 | 1302 | KABINS, MARK B | 72210, 72402, 7244 | 11/29/2010 | 11/29/2010 | $90.00 | $32.40 | $32.40 |
| 71 | 33221034407489O | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 12/01/2010 | 12/01/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221035502699O | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 12/10/2010 | 12/10/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221035511420O | 2 | 1302 | NGO, RENEE L | 29632, 29650, 30001, 30981 | 12/13/2010 | 12/13/2010 | $0.00 | $0.00 | $0.00 |
| 71 | 33221113107515O | 1 | 1302 | LANZKOWSKY, DAVID R | 72283, 7244 | 12/15/2010 | 12/15/2010 | $360.00 | $81.07 | $81.07 |
| 71 | 33221100304021O | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 12/22/2010 | 12/22/2010 | $65.00 | $22.11 | $22.11 |
| 71 | 33221100511960O | 1 | 1302 | LAWRENCE, MARK T | 7242, 72210, 7230 | 12/27/2010 | 12/27/2010 | $65.00 | $22.11 | $22.11 |
| 10 | 21110300599602N | 0 | 456 | UNIVERSAL HOMEHEALTH INC | V571, 27801, 34690, 4019, 7231, 7242 | 01/13/2011 | 03/08/2011 | $3,800.00 | $3,259.74 | $3,259.74 |
| 71 | 33221104906081O | 1 | 1302 | B O N CLINICAL LABORATORIES | V5869, V5861 | 02/14/2011 | 02/14/2011 | $3.00 | $3.00 | $3.00 |
| 71 | 33221104906081O | 2 | 1302 | B O N CLINICAL LABORATORIES | V5869, V5861 | 02/14/2011 | 02/14/2011 | $35.00 | $14.87 | $14.87 |
| 71 | 33221104906081O | 3 | 1302 | B O N CLINICAL LABORATORIES | V5869, V5861 | 02/14/2011 | 02/14/2011 | $23.00 | $10.94 | $10.94 |
| 71 | 33221104906081O | 5 | 1302 | B O N CLINICAL LABORATORIES | V5869, V5861 | 02/14/2011 | 02/14/2011 | $20.00 | $8.45 | $8.45 |
| 71 | 33221106708101O | 2 | 1302 | NGO, RENEE L | 30001, 29650, 30981 | 02/25/2011 | 02/25/2011 | $0.00 | $0.00 | $0.00 |

<<<< Confidential >>>>>

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 33221082056380 | 1 | 1302 | OLIVERI, DAVID J | 72210 | 03/01/2011 | 03/01/2011 | $590.00 | $107.74 | $107.74 |
| 71 | 33221082056380 | 2 | 1302 | OLIVERI, DAVID J | 72210 | 03/01/2011 | 03/01/2011 | $1,320.00 | $198.85 | $198.85 |
| 71 | 33221082056380 | 3 | 1302 | OLIVERI, DAVID J | 72210 | 03/01/2011 | 03/01/2011 | $1,160.00 | $175.42 | $175.42 |
| 71 | 33221081083150 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 03/14/2011 | 03/14/2011 | $150.00 | $59.10 | $59.10 |
| 71 | 33221081083150 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 03/14/2011 | 03/14/2011 | $110.00 | $43.66 | $43.66 |
| 71 | 33221081083150 | 3 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 03/14/2011 | 03/14/2011 | $65.00 | $20.61 | $20.61 |
| 71 | 33221081083150 | 4 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 03/14/2011 | 03/14/2011 | $0.00 | $0.00 | $0.00 |
| 71 | 33221088032530 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 03/21/2011 | 03/21/2011 | $110.00 | $45.99 | $45.99 |
| 71 | 33221088032530 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 03/21/2011 | 03/21/2011 | $65.00 | $20.61 | $20.61 |
| 71 | 33221090033520 | 1 | 1302 | B O N CLINICAL LABORATORIES | 7149 | 03/26/2011 | 03/26/2011 | $3.00 | $3.00 | $3.00 |
| 71 | 33221090033520 | 2 | 1302 | B O N CLINICAL LABORATORIES | 7149 | 03/26/2011 | 03/26/2011 | $24.00 | $11.91 | $11.91 |
| 71 | 33221090033520 | 3 | 1302 | B O N CLINICAL LABORATORIES | 7149 | 03/26/2011 | 03/26/2011 | $16.00 | $5.00 | $5.00 |
| 71 | 33221090033520 | 4 | 1302 | B O N CLINICAL LABORATORIES | 7149 | 03/26/2011 | 03/26/2011 | $40.00 | $17.01 | $17.01 |
| 71 | 33221096599290 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 03/28/2011 | 03/28/2011 | $110.00 | $45.99 | $45.99 |
| 71 | 33221096599290 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 03/28/2011 | 03/28/2011 | $65.00 | $20.61 | $20.61 |
| 71 | 33221102057900 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/04/2011 | 04/04/2011 | $110.00 | $45.99 | $45.99 |
| 71 | 33221102057900 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/04/2011 | 04/04/2011 | $65.00 | $20.61 | $20.61 |
| 71 | 33221109200270 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/08/2011 | 04/08/2011 | $110.00 | $45.99 | $45.99 |
| 71 | 33221109200270 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/08/2011 | 04/08/2011 | $65.00 | $20.61 | $20.61 |
| 71 | 33221109047160 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/11/2011 | 04/11/2011 | $110.00 | $45.99 | $45.99 |
| 71 | 33221109047160 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/11/2011 | 04/11/2011 | $65.00 | $20.61 | $20.61 |
| 71 | 33221119070150 | 2 | 1302 | NGO, RENEE L | 29650, 30001, 30981 | 04/15/2011 | 04/15/2011 | $0.00 | $0.00 | $0.00 |
| 71 | 33221118099490 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/18/2011 | 04/18/2011 | $110.00 | $45.99 | $45.99 |
| 71 | 33221118099490 | 2 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/18/2011 | 04/18/2011 | $65.00 | $20.61 | $20.61 |
| 71 | 33221122055150 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/20/2011 | 04/20/2011 | $65.00 | $22.76 | $22.76 |

<<<< Confidential >>>>>

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

| TOS | ICN | Line | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 3322111250075600 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 04/25/2011 | 04/25/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322111168061410 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 06/08/2011 | 06/08/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322111172039810 | 2 | 1302 | NGO, RENEE L | 29650, 30001, 30981 | 06/10/2011 | 06/10/2011 | $0.00 | $0.00 | $0.00 |
| 71 | 3322111173719790 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 06/13/2011 | 06/13/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322111179049280 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 06/15/2011 | 06/15/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322111181156340 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 06/20/2011 | 06/20/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322111193173430 | 1 | 1302 | LAWRENCE, MARK T | 7242, 72283 | 06/29/2011 | 06/29/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322111238184310 | 1 | 1302 | HYER, KEVIN | 72981 | 08/24/2011 | 08/24/2011 | $428.00 | $99.05 | $99.05 |
| 40 | 2112560029470ZN | 0 | 1901 | SAINT ROSE DOMINICAN HOSPITAL | 7242, V142, V143, V146, V148, V454 | 09/05/2011 | 09/05/2011 | $4,499.00 | $270.51 | $270.51 |
| 71 | 3322112259109430 | 1 | 1302 | BALLELOS, RODERICK Y | 7242, 7295 | 09/05/2011 | 09/05/2011 | $459.00 | $94.02 | $94.02 |
| 71 | 3322112276063730 | 1 | 1302 | PARSON, MARK R | 7242 | 09/05/2011 | 09/05/2011 | $209.00 | $41.49 | $41.49 |
| 71 | 3322112262017980 | 1 | 1302 | LAWRENCE, MARK T | 7242 | 09/07/2011 | 09/07/2011 | $150.00 | $59.10 | $59.10 |
| 71 | 3322112262017980 | 2 | 1302 | LAWRENCE, MARK T | 7242 | 09/07/2011 | 09/07/2011 | $110.00 | $43.66 | $43.66 |
| 71 | 3322112262017980 | 3 | 1302 | LAWRENCE, MARK T | 7242 | 09/07/2011 | 09/07/2011 | $65.00 | $20.61 | $20.61 |
| 71 | 3322112262018030 | 1 | 1302 | LAWRENCE, MARK T | 7242 | 09/12/2011 | 09/12/2011 | $110.00 | $45.99 | $45.99 |
| 71 | 3322112262018030 | 2 | 1302 | LAWRENCE, MARK T | 7242 | 09/12/2011 | 09/12/2011 | $65.00 | $20.61 | $20.61 |
| 71 | 3322112272187480 | 1 | 1302 | LAWRENCE, MARK T | 7242 | 09/21/2011 | 09/21/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322112287058750 | 2 | 1302 | NGO, RENEE L | 29650, 30001, 30981 | 09/27/2011 | 09/27/2011 | $0.00 | $0.00 | $0.00 |
| 71 | 3322112280133170 | 1 | 1302 | LAWRENCE, MARK T | 7242 | 09/28/2011 | 09/28/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322112304055650 | 1 | 1302 | LAWRENCE, MARK T | 7242 | 10/19/2011 | 10/19/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322113319096910 | 1 | 1302 | LAWRENCE, MARK T | 7242 | 11/04/2011 | 11/04/2011 | $65.00 | $22.76 | $22.76 |
| 71 | 3322113211175700 | 1 | 1302 | LAWRENCE, MARK T | 7242 | 11/09/2011 | 11/09/2011 | $65.00 | $22.76 | $22.76 |

Sum of Total Charges $1,042,065.31

Total Conditional Payments $197,580.31

<<<< Confidential >>>>>

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# Payment Summary Form

<<<< Confidential >>>>>

The documents accompanying this correspondence contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.